DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO A. TANKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1901

[September 6, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter M. Evans, Acting Circuit Judge; L.T. Case No. 2004CF004059A.

Antonio Tankes, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***